IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT FLOYD,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2603

Opinion filed January 4, 2017.

Petition Alleging Ineffective Assistance of Appellate Counsel – Original
Jurisdiction.

Robert Floyd, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Charmaine M. Millsaps, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

WETHERELL, WINSOR, and M.K. THOMAS, JJ., CONCUR.